UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

CIVIL ACTION NO. 20-13-DLB-EBA-2

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                                         **ORDER**

PAUL HART                                                            DEFENDANT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This matter is before the Court upon the Report and Recommendation (R&R) of United States Magistrate Judge Edward B. Atkins (Doc. # 248), wherein he recommends that Defendant Paul Hart's Motion to Vacate his conviction and sentence under 28 U.S.C. § 2255 (Doc. # 225) be denied and that no certificate of appealability should be issued. No objections have been filed, and the time for doing so has passed. Thus, the R&R is ripe for the Court's review. Having reviewed the R&R and concluding that it is sound in all respects, it will be adopted as the Opinion of the Court. Accordingly,

**IT IS ORDERED** as follows:

(1)   The Report and Recommendation of the United States Magistrate Judge (Doc. # 248) is **ADOPTED** as the Opinion of the Court;

(2)   Defendant's Motion to Vacate under 28 U.S.C. § 2254 (Doc. # 225) is **DENIED**; and

(3)   For the reasons set forth in the Magistrate Judge's R&R, the Court determines there would be no arguable merit for an appeal in this matter and, therefore, **NO CERTIFICATE OF APPEALABILITY SHALL ISSUE**.

1

This 21st day of July, 2023.



Signed By:
*David L. Bunning* DB
United States District Judge

L:\DATA\ORDERS\Ashland Criminal\2020\20-13 Order Adopting R&R.docx